Michael Fahey, appellee, v. Chicago National Life Insurance Company, appellant. Gen. No. 35,260.

Opinion filed October 19, 1931. Rehearing denied November 2, 1931.

Clyde L. Todd and Lee D. Mathias, for appellant. Danaher & Garriott, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Carl Kiefer, appellee, v. Elgin, Joliet & Eastern Railway Company, appellant. Gen. No. 34,930.

Opinion filed October 19, 1931. Rehearing denied November 2, 1931.

Knapp, Beye, Allen, Cochran & Cushing, for appellant; Joseph L. Earlywine and Paul R. Conaghan, of counsel. Finn & Miller, for appellee; Frank Johnston, Jr., of counsel.

Mr. Justice Matchett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Terrence Druggan, plaintiff in error. Gen. No. 35,019.

Opinion filed October 19, 1931.

Soelke, Koehn & Loewy, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Edward E. Wilson and Grenville Beardsley, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Grace B. Fickensher, appellee, v. Paul Stunkel et al., on appeal of Thomas J. Grady, appellant. Gen. No. 35,093.

Opinion filed October 19, 1931.

Henry N. Miller and Edwin Hamilton, for appellant. Joseph Rolnick and David B. Shapiro, for appellee.

Mr. Justice Matchett delivered the opinion of the court.